IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
ANN ARBOR DIVISION
CS. NO.

VINCENT F. RIVERA, #518548,
    PLAINTIFF(S)/PETITIONER(S),

V.

JENNIFER M. GRANHOLM, GOVERNOR,
JOHN CHERRY, LIEUTENANT GOVERNOR,
TERRI LYNN LAND, SECRETARY OF STATE,
MICHAEL COX, ATTORNEY GENERAL,
JAY B. RISING, TREASURER,
MICHIGAN DEPARTMENT OF CORRECTIONS,
U.S. REPRESENTATIVE PETE HOEKSTRA,
U.S. REPRESENTATIVE JOHN CONYERS,
U.S. REPRESENTATIVE MIKE ROGERS,
U.S. REPRESENTATIVE FRED UPTON,
U.S. REPRESENTATIVE JOHN DINGELL, AND
U.S. SENATOR CARL LEVIN, OFFICIALLY,
PERSONALLY, RESPECTIVELY, SPECIFICALLY,
ETC.; ET AL.,
    DEFENDANTS - RESPONDENTS.

COMPLAINT — JURY TRIAL DEMANDED

JURISDICTION: 28 USC § 1343
VENUE: 28 USC § 139(e)

Case: 2:08-cv-12722
Judge: Borman, Paul D
MJ: Hluchaniuk, Michael J.
Filed: 06-25-2008 At 01:59 PM
IFP RIVERA V. GRANHOLM ET AL (JTC)

PLAINTIFF(S)/PETITIONER(S) VINCENT F. RIVERA, SUES THE ABOVE-NAMED DEFENDANTS-RESPONDENTS, AND ALLEGES:

COUNT 1
DEPRIVATION OF CIVIL RIGHTS 42 USC §§ 1983, 1985(3), 1986 & 1997(a)(d), & (e); FOR VIOLATIONS OF PLAINTIFF(S)/PETITIONER(S) FEDERAL CONSTITUTIONAL RIGHTS UNDER THE 1ST, 4TH, 5TH, 8TH, 10TH, 13TH, 14TH, 15TH, & 24TH AMDTS.

COUNT 2
CONSPIRACY TO DENY PLAINTIFF(S)/PETITIONER(S) FEDERAL CONSTITUTIONAL RIGHTS.

COUNT 3
PENDENT STATE CLAIM FOR INVASION OF PRIVACY BY ELECTRONIC EAVESDROPPING DEVICE.

COUNT 4
PENDENT STATE CLAIM FOR BREACH OF PUBLIC TRUST.

STATEMENT OF FACTS.— THE MICHIGAN DEPARTMENT OF CORRECTIONS (MDOC) IS HOST TO THE PRISON INDUSTRIAL COMPLEX, WHICH IS COMPRISED OF PUBLIC CORPORATIONS WITH A CONTROLLING STAKEHOLDER/MAJORITY SHAREHOLDER BASE OF PUBLIC OFFICIALS (STATE/FEDERAL). FIRMS THAT OPERATE ON A PLATFORM OF ECONOMIC DEVELOPMENT KNOWN AS "PRIVATIZATION POLICY." FIRMS THAT ACTUALLY MONOPOLIZE SEVEN (7) PRIMARY MARKETS: (1) HEALTHCARE/PHARMACEUTICALS, (2) FOOD DISTRIBUTION, (3) TELECOMMUNICATIONS/ELECTRONICS, (4) ENERGY, (5) TRANSPORTATION, (6) CONSTRUCTION, & (7) BANKING; VIA ELABORATE BID-RIGGING/CONTRACT-STEERING SCHEMES HANDED-DOWN FROM THE GOVERNOR'S OFFICE. SCHEMES THAT ALSO HAPPEN TO INCORPORATE FEDERAL FUNDING, SUBSIDIES, AND GRANTS. THE PRISON INDUSTRIAL COMPLEX MAINTAINS AN AGRICULTURAL WING, AS WELL. IT IS PART OF ITS HEALTHCARE/ PHARMACEUTICALS APPARATUS, THUS, SHIFTING THE PREMISE TO "AGRIBUSINESS," AS IN CRIMINAL DIVERSION OF AGRICULTURAL SUPPLIES. THE MDOC OPERATES A NUMBER OF PRISON FARMS AND HORTICULTURE CAMPS, WHICH IS CLEARLY STATE ACTION. THE GOVERNOR AWARDS AGRIBUSINESS COMPANIES SUCH AS TORO CO., TROY BILT, ARCHER DANIELS-MIDLAND, BAYER CORP, BUNGE, CARGILL, DUPONT, HOFFMAN-LA ROCHE, LOUIS DREYFUS, MONSANTO, ORTHO, PRADIUM, RHONE POULENC, SYNGENTA, TYSON, VERASUN, W.R. GRACE, ETC., SWEETHEART DEALS. THEN WONDERS WHY A SHUTDOWN OF THE STATE GOVERNMENT, FOR LACK OF FUNDS IS A PERPETUAL THEME. HOWEVER, THE FACT REMAINS THAT MDOC OFFICIALS ARE DIVERTING AGRIBUSINESS PRODUCTS TO AFGHANISTAN, THROUGH ITS PROXY; THE PRISON INDUSTRIAL COMPLEX. THE IDEA IS TO SHIP SUCH MATERIALS AS AMMONIUM NITRATE FERTILIZER, DBCP, NEMAGON, PEAT MOSS, PYRETHRUM, DICHLOR DIPHENYL TRICHLOROETHANE (DDT), NUVACRON, ENDOSULFAN, METHOMYL, METASYSTOX, IRRIGATION PUMPS, DICAMBA, 2-4D, GLUPHOSINATE, GLYPHOSATE (ROUNDUP), JOHN DEERE SERIES 300 TRACTORS, MASSEY FERGUSON GC-2400/ GC-2600 TRACTORS, RAKES, TROWELS, E-TOOL SHOVELS, COMBINES, THRESHERS, MULCHERS (INTERNATIONAL HARVESTER) AND OTHER AGBIO MATERIAL ESSENTIAL IN THE POLLINATION, CULTIVATION, & HARVESTING OF BLUE HIMALAYAN POPPIES, WHICH ARE LATER PROCESSED INTO RAW OPIUM BASE, AND ULTIMATELY DISTRIBUTED TO INSIDER DRUG FIRMS; AS THE PRIMARY SOURCE OF THE PHARMACEUTICAL INDUSTRY'S PRODUCT LINE OF PAIN-CONTROL MEDICATIONS; IE, MORPHINE, FENTANYL, DEMEROL, TRAMADOL, METHADONE, OXYCONTIN, HYDROCODONE, FENTORA, ACTIQ, DARVON, LORTAB, PERCOCET, VICODIN, DELOTTA, VALIUM, CODEINE, ETC.

                    PRISON OFFICIALS ENFORCE HARDSHIPS AS A DEFLECTION/DISTRACTION TACTIC. "TORTURE POLICY" IN OTHER WORDS. WHICH SHIFTS THE FOCUS OF THE PUBLIC EYE AWAY FROM THE STATE'S PRINCIPALS IN THE UNLAWFUL AND UNCONSTITUTIONAL DIVERSION OPERATION. AND MORE SPECIFICALLY, THE ACTUAL OVERSEER(S) AND ORGANIZER(S) OF THE SCHEME — VIZ., THE UNITED STATES DEPARTMENT OF AGRICULTURE (USDA), THE SENATE COMMERCE COMMITTEE (1996-2008),[1] THE SENATE AGRICULTURE, NUTRITION, & FORESTRY COMMITTEE, AND THE ARMY CORPS OF ENGINEERS (ACE). WHICH SHEDS LIGHT ON THE PENDING $286 BILLION AGRICULTURE/FARM SUBSIDIES BILL. MICHIGAN, IS PART OF A NATIONWIDE CONSPIRACY TO DIVERT AGRIBUSINESS/AGBIO PRODUCTS TO THE AFGHAN PROVINCIAL AUTHORITY AND NORTHERN ALLIANCE FORCE FOR POPPY FARMING AND OPIUM PRODUCTION. THE SEPTEMBER 11, 2001 TERRORIST ATTACKS UPON THE UNITED STATES, PROVIDED THE JUSTIFICATION FOR INVADING AFGHANISTAN (OPERATION ANACONDA). THAT WAS 7-YEARS AGO. AND THE U.S. MILITARY HAS OCCUPIED AFGHANISTAN IN A NON-COMBAT ROLE SINCE. THE INFLUENCE OF THE TALIBAN AND ITS ENFORCER, THE AL QAEDA, WAS REMOVED AT THAT TIME. THE TALIBAN REGIME SUPPORTED ITSELF THROUGH THE WORLDWIDE HEROIN-OPIUM TRADE. IN 2007, AFGHANISTAN PRODUCED 9,000 TONS OF RAW OPIUM. ENOUGH TO MANUFACTURE 880-TONS OF HEROIN. A TOTAL OF 93% OF THE WORLD'S SUPPLY. HOWEVER, THE AFGHAN PROVINCIAL AUTHORITY, AND THE US-BACKED NARCO-TRAFFICKING NORTHERN ALLIANCE, WERE IN CONTROL OF KABUL. NOT THE TALIBAN. CF. UNITED NATIONS, SECURITY COUNCIL RESOLUTION 1333. TORTURING PRISONERS AS SUBTERFUGE IS CONSIDERED A NATIONAL SECURITY SECRET, ON THE (SAME) LEVEL AS THE JOINT FEDERAL/STATE CONSPIRACY TO DIVERT AGRIBUSINESS/AGBIO PRODUCTS TO AFGHANISTAN; FROM THE PRISON INDUSTRIAL COMPLEX. A LOST NATIONAL SECURITY SECRET, THAT IS.

* * * *

---

[1] SENS. JOHN MCCAIN, R-ARIZ., AND MARK PRYOR, D-ARK.

RELIEF SOUGHT.—

The nature of the relief sought is as follows:

A.) An award of monetary compensation in the amount of One Hundred Seventeen Trillion Dollars ($117,000,000,000,000.00), in US currency, China Yuan, EU Euros, or International Amero Dollar; at the present rate of exchange;

B.) An order enjoining the parties defendant-respondent, their officers, agents, or employees, from engaging in any additional violation of Mr. Rivera's rights. Including without limitation, violation of Prescription Drug Improvement & Modernization Act, the Dangerous Drug Diversion Control Act, the Food, Drug, & Cosmetic Act, the Generic Drug Enforcement Act, the Drug Abuse Prevention & Control Act, and any pending or previously established laws relating to the Importation of Prescription Drugs under the North American Free Trade Agreement (NAFTA);

C.) An order declaring the rights of the parties;

D.) An award of costs and expenses, including without limitation, reasonable attorney's fees; and an order

E.) Granting such other and further relief as to the court may seem just and proper.

DATED: Milton, Florida
JUNE 18, 2008

Respectfully Submitted,

By: _____
Vincent F. Rivera #585N8
Santa Rosa Corr. Inst.
5850 East Milton Rd
Milton, Florida 32583
Pro se

# CIVIL COVER SHEET FOR PRISONER CASES

| Case No. 08-12722 | Judge: Borman | Magistrate Judge: Hluchaniuk |
|---|---|---|
| **Name of 1st Listed Plaintiff/Petitioner:** Vincent F. Rivera | | **Name of 1st Listed Defendant/Respondent:** Jennifer M. Granholm et al |
| **Inmate Number:** 518548 | | **Additional Information:** |
| **Plaintiff/Petitioner's Attorney and Address Information:** | | |
| **Correctional Facility:** Santa Rosa Correctional Institution, 5850 East Milton Road, Milton, Florida 32583 | | |

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?
   - ☐ Yes   ☒ No
   - ➤ If yes, give the following information:
     - Court: _____
     - Case No: _____
     - Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)
   - ☐ Yes   ☒ No
   - ➤ If yes, give the following information:
     - Court: _____
     - Case No: _____
     - Judge: _____